No. 01–1214.  EPIC EDUCATIONAL PROJECTS & INFORMATION CONSULTANT CENTER, INC. *v.* DWELLING HOUSE SAVINGS AND

LOAN ASSN. Super. Ct. Pa. Certiorari denied. ▮